1 | Kevin D. Smith (State Bar No. 113633)
*ksmith@wshblaw.com*
2 | Anne K. McIntyre (State Bar No. 166289)
*amcintyre@wshblaw.com*
3 | Alexis C. Endsley (State Bar No. 251776)
*aendsley@wshblaw.com*
4 | **WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
5 | Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050
6 |

7 | Attorneys for Defendants, SWIFT TRANSPORTATION CO., INC. and
DAVID DEVINO

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

11 |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

12 | MIGUEL SIMENTAL, an individual,

13 | Plaintiff,

14 | v.

15 | DAVID DEVINO, an individual;
SWIFT TRANSPORTATION CO.,
16 | INC., a corporation and DOES 1
through 10, inclusive,

17 |

18 | Defendants.

CASE NO. 2;13-cv-01000 JEM
[Assigned for All Purposes to U.S. Magistrate Judge John E. McDermott, Room 836 C/8]

[~~PROPOSED~~] ORDER RE:
PROTECTIVE ORDER PER
STIPULATED CONFIDENTIALITY
AGREEMENT

TRIAL: 5/5/14

19 |

20 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21 | Good cause having been shown, have considered all papers

22 | submitted herewith, the Court hereby Grants the Stipulated Confidentiality

23 | Agreement.

24 | IT IS SO ORDERED.

25 | DATED: October 24, 2013

26 |

27 | THE HONORABLE JOHN E. MCDERMOT

28 |