# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-1000 JEM | Date | January 15, 2014 |
| Title | MIGUEL SIMENTAL v. DAVID DEVINO, et al | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (In Chambers) ORDER RE NOTICE OF DISMISSAL

The Court is in receipt of Plaintiff's "Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)" ("Notice") filed January 10, 2014. The Court orders this case dismissed with prejudice pursuant to said Notice.

: 
Initials of Preparer        sa